**FILED**

OCT 2 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In re:

1704 Caleb Circle
Stockton, California

No. 2:12-SW--706 DAD

DAD

[~~proposed~~] ORDER

Good cause having been shown, the Court hereby orders the affidavit filed in support of the search warrant, and the application for sealing, to filed under seal until further order of the Court.

IT IS SO ORDERED:

DATED: 10/29/12

_/s/ Dale A. Drozd_
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1